UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re Subpoena Issued to:*<br><br>CAPITOL POLICE,<br><br>*In the Civil Action of:*<br><br>IMRAN AWAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>REGNERY PUBLISHING, INC., et al.,<br><br>Defendants. | Misc. No. 24-0121<br><br>*on removal from*<br>2020-CA-000652-B<br>(D.C. Super. Ct.) |

**JOINT STATUS REPORT**

Capitol Police, the respondent to the subpoena issued in the District of Columbia Superior Court and petitioner in this miscellaneous action, and Imran Awan, Abid Awan, Tina Alvi, Rao Abbas, and Jamal Awan, plaintiffs in the District of Columbia Superior Court and respondents in this miscellaneous action ("Plaintiffs"), by and through the undersigned counsel, respectfully file this Joint Status Report to apprise the Court of the status of the case.

Plaintiffs have agreed to the withdrawal of all subpoenas issued to the federal government, including the subpoena to Capitol Police at issue in this miscellaneous action, and to proceed in their efforts to obtain the information at issue solely through the *Touhy* process. *See United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951); 28 C.F.R. § 16.21 *et seq.* In withdrawing the subpoenas, Plaintiffs do not concede that they are not entitled to the information at issue. Rather, the decision to withdraw the subpoenas merely reflects a determination that the *Touhy* process, rather than a Superior Court subpoena, is the more practical and expedient vehicle for pursuing the

information at issue. Because any litigation that may arise from the *Touhy* process would entail filing a new civil action under the Administrative Procedure Act ("APA"), 5 U.S.C. § 704; *see also Yousuf v. Samantar*, 451 F.3d 248, 251 (D.C. Cir. 2006) ("An agency's denial of a [*Touhy*] request is final agency action for the purpose of § 704"); *Houston Bus. J., Inc. v. Off. of Comptroller of Currency*, 86 F.3d 1208, 1213 (D.C. Cir. 1996) ("When the documents are sought from a federal agency, however, the proper procedure is to make an administrative request, from which review may be had under the APA"), the parties believe there is nothing left to do in this miscellaneous action, and that the action may be closed. Accordingly, Capitol Police intends to file a stipulation of dismissal in short order.

| | |
|---|---|
| Dated: September 27, 2024 | Respectfully submitted, |
| /s/ Allison Parr<br>ALLISON PARR<br>D.C. Bar #1684711<br>Tycko & Zavareei LLP<br>2000 Pennsylvania Ave. NW, Suite 1010<br>Washington, DC 20006<br>(202) 973-0900<br>aparr@tzlegal.com<br><br>*Counsel for Plaintiffs/Respondents* | MATTHEW M. GRAVES, D.C. Bar #481051<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/_____<br>    BRADLEY G. SILVERMAN<br>    D.C. Bar #1531664<br>    Assistant United States Attorney<br>    601 D Street NW<br>    Washington, DC 20530<br>    (202) 252-2575<br>    bradley.silverman@usdoj.gov<br><br>*Attorneys for the United States of America* |